IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

    **vs.**                    **CR. NO.: 2:23-cr-01031-BHH**

**CHRISTINE SODA**

**PLEA**

The defendant, **Christine Soda**, having withdrawn her plea of Not Guilty entered January 4, 2024 pleads **GUILTY** to Count(s) _Two of Indictment_ of the Indictment after arraignment in open court.

_/s/ Christine Soda_
Defendant

May 1, 2024
Charleston, South Carolina