IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 2:23-cr-01031-BHH |
| | ) |
| v. | ) |
| | ) |
| CHRISTINA SODA | ) |

## PRELIMINARY ORDER OF FORFEITURE AS TO CHRISTINA SODA

This matter is before the court on the motion of the United States for a Preliminary Order of Forfeiture as to Defendant Christina Soda ("Soda", "Defendant"), based upon the following:

1.     On December 19, 2023, an Indictment was filed charging Soda with six counts of wire fraud in violation of 18 U.S.C. § 1343.

2.     Pursuant to Fed. R. Crim. P. 32.2(a), the Indictment contained a forfeiture allegation providing that upon Soda's conviction, certain properties enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States.  As specified therein, such assets include, but are not limited to the following:

Proceeds/Forfeiture Judgment[1]:

A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offenses charged in the Indictment, that is, a minimum of $966,368.98 in United States currency, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to her violations of 18 U.S.C. § 1343.

---

[1] The government is pursuing a $966,368.98 forfeiture judgment, which reflects the loss amount attributed to the Defendant.

3. On May 1, 2024, Soda pled guilty to one count of wire fraud and pursuant to a written plea agreement, agreed to the entry of a forfeiture judgment.

4. Based upon Defendant's conviction, the court has determined that the property described above is subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Accordingly, it is hereby **ORDERED,**

1. The below-described property, and all rights, title, and interest of the Defendant, Christina Soda, in and to such property, is hereby forfeited to the United States of America, for disposition in accordance with law.

2. FORFEITURE IS ORDERED against Christina Soda and in favor of the United States for $966,368.98. The United States may at any time move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property to satisfy the forfeiture judgment.

3. The United States may sell or otherwise dispose of any substitute assets in accordance with law as required to satisfy the above imposed forfeiture judgment.

4. Upon the entry of this Order, the United States Attorney is authorized to conduct proper discovery in identifying, locating, or disposing of the described property, or other substitute assets, in accordance with Fed. R. Crim. P. 32.2(b)(3); and to commence proceedings that comply with statutes governing third party rights, if applicable.

5. The government is not required to publish notice regarding the personal forfeiture judgment against Defendant; however, the Order shall be recorded in the records of the County Clerk's Office in the county of the debtor's residence, place of business, and any and all other counties in which the debtor has either real or personal property, as a lien thereon.

6. Upon entry of the criminal judgment, this Order becomes final as to Defendant and shall be made a part of the sentence and included in the criminal judgment.

7. The court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

8. The Clerk, United States District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

AND IT IS SO ORDERED.

_____
BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

_____, 2024
Greenville, South Carolina